IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-30281
Summary Calendar
_____

NEW SUNLIGHT BAPTIST CHURCH, ET AL.,

Plaintiffs,

NEW SUNLIGHT BAPTIST CHURCH,

Plaintiff-Appellant,

versus

STATE OF LOUISIANA, through
its Judiciary Branch, ET AL.,

Defendants,

14TH JUDICIAL DISTRICT COURT,
ET AL.,

Defendants-Appellees.
_____

Appeal from the United States District Court for the
Western District of Louisiana
USDC No. 97-CV-312
_____
January 12, 1998
Before JOLLY, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

New Sunlight Baptist Church appeals the dismissal of its case

for failure to state a claim upon which relief may be granted,

pursuant to Fed. R. Civ. P. 12(b)(6).  It argues that the district

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

court erred in concluding that state judicial officers are immune from suits seeking injunctive relief.  It further argues that the district court erred in determining that the excommunicated members of the church had not violated the church's rights under the First Amendment because their resort to the state courts did not amount to state action.

The district court lacked subject matter jurisdiction to entertain these claims due to the <u>Rooker-Feldman</u> doctrine.  <u>See</u> <u>Liedtke v. State Bar of Texas</u>, 18 F.3d 315, 317-18 (5th Cir. 1994).

A F F I R M E D.